VIRTUESQ LLLC
CHRISTIAN L. KAMAU          10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| STRIKE 3 HOLDINGS, LLC, | ) CIVIL NO. 1:25-cv-00217-HG-RT |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S VOLUNTARY** |
|  | ) **DISMISSAL WITH PREJUDICE** |
| JOHN DOE subscriber assigned IP address 66.75.109.190, | ) **OF JOHN DOE; ORDER** |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 66.75.109.190 are voluntarily dismissed with prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought. No other claims, including counterclaims, cross-claims, or third-party claims remain in this action.

*[Space intentionally left blank.]*

1

DATED: Honolulu, Hawaii, July 11, 2025.

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii, July 15, 2025.

Helen Gillmor
United States District Judge

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 66.75.109.190*, Civ. No. 1:25-cv-00217-HG-RT, Plaintiff's Voluntary Dismissal with Prejudice of John Doe; Order